# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 19, 2017

**Before**

RICHARD A. POSNER,[*] *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

No. 16-1712

| | |
|---|---|
| DIANE M. HENDRICKS and HENDRICKS HOLDING COMPANY, INC., *Plaintiffs-Appellants,* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | |
| NOVAE CORPORATE UNDERWRITING, LTD., *Defendant-Appellee.* | No. 13 C 5422<br>Sarah L. Ellis, *Judge*. |

**O R D E R**

On consideration of the petition for rehearing and for rehearing en banc, no judge in active service has requested a vote on the petition for rehearing en banc, and Judge Williams and Judge Sykes have voted to deny rehearing. It is therefore ordered that the petition for rehearing and for rehearing en banc is DENIED.

---

[*]Circuit Judge Posner retired on September 2, 2017, and did not participate in the consideration of this petition for rehearing.